**Electronically Filed**
**Supreme Court**
**SCWC-30734**
**26-FEB-2013**
**12:08 PM**

SCWC-30734

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

DANIEL KAHANAOI, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30734; CR. NO. 09-1-0659)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant's application for writ of certiorari filed on January 15, 2013, is hereby rejected.

DATED: Honolulu, Hawaiʻi, February 26, 2013.

Walter R. Schoettle
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

